UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MCGUCKIN,

    Plaintiff(s),

v.

WARREN EVANS et al.,

    Defendant(s).

_____/

CIVIL ACTION
NO. **07-13915**
HON. PAUL D. BORMAN

## **ORDER OF DISMISSAL**

The plaintiff, having failed to answer the order to show cause as issued by the court on March 11, 2006, therefore;

**IT IS ORDERED** that the above matter be **DISMISSED WITHOUT PREJUDICE.**

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 8, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 8, 2008.

    s/Denise Goodine
    Case Manager